583 A.2d 330
STATE OF NEW JERSEY v. LAMONT SMITH.

February 27, 1990.

Petition for certification denied.

583 A.2d 330
STATE OF NEW JERSEY v. LARRY GOODING.

February 27, 1990.

Petition for certification denied.

583 A.2d 330
STATE OF NEW JERSEY v. LAURENCE NELSON.

February 27, 1990.

Petition for certification denied.

583 A.2d 331
STATE OF NEW JERSEY v. ROBERT THORNTON.

February 27, 1990.

Petition for certification denied.